FILED
 2013 Mar-13  AM 10:19
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MILTON COTTINGHAM, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-04201-KOB-JEO |
| ) | |
| JEFFERSON COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 30, 2013, recommending that this court dismiss this § 1983 action under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 12). No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judges report and ACCEPTS his recommendation. Accordingly, the court finds that the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The court will enter a separate, final Order.

DONE and ORDERED this 13th day of March, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE